UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr3-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER |
| v. | ) | OF FORFEITURE |
| | ) | (BY CONSENT) |
| DEVENDRA PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

In the Bill of Information in this case, the United States sought forfeiture of property of the Defendant as property that was used or intended to be used to facilitate the crimes charged, which would be subject to forfeiture under 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853 and/or 28 U.S.C. § 2461(c).

Defendant entered into a plea agreement; subsequently pled guilty to Count One in the Bill of Information; and was adjudged guilty of the offense charged in that count. The Information also provided notice of forfeiture of specifically identified proceeds, substitute property, and a forfeiture money judgment.

For purposes of Fed. R. Crim. P. 32.2 and based on the Information, plea agreement, plea of guilty, and defendant's consent, through counsel, to the present motion, the Government has established the amount of the money judgment and identified specific assets to be forfeited the Defendant.

The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture as to substitute property to satisfy the money judgment in whole or in part.

IT IS THEREFORE ORDERED:

1. This Order shall constitute a money judgment for the following:

**A forfeiture money judgment in the amount of $100,000 such amount constituting the proceeds of offenses set forth in the Bill of Information.**

2 Based upon Defendant's plea of guilty, the United States is authorized to seize the following property belonging to Defendant, and it is hereby forfeited to the United States for disposition according to law, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

**$5,000 in United States currency tendered to federal agents on August 24, 2012, in Columbia, South Carolina.**

**Real property located at 4901 Harbor Beach Blvd., #T-11, Brigantine, New Jersey.**

**The sum of $20,000, to be paid by official bank check, payable to the United States Marshals Service, tendered no later than August 1, 2014.**

The net value of these specific assets shall be credited, upon receipt and final forfeiture, against the amount of the money judgment.

3. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a

substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: May 26, 2014

Frank D. Whitney
Chief United States District Judge