UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr3-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| DEVENDRA PATEL, ) | |
| ) | |
| Defendant. ) | |

On May 27, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count One in the Bill of Information, Defendants consent through counsel, and evidence already on record; and was adjudged guilty of the offenses charged in that count.

On November 10, 2014, the United States served direct notice of this forfeiture by certified mail on Varsha Patel at 121 Russell Road; Apt. 203, Cayce, SC 29033, and received the return receipt, signed by Varsah Patel.

On September 6, 2014 through October 5, 2012, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from September 6, 2014 for a hearing to adjudicate the validity of any alleged legal interest in the property.  It appears from the record that no such petitions have been filed and that Varsha Patel has defaulted. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **A forfeiture money judgment in the amount of $100,000 such amount constituting the proceeds of offenses set for in the Bill of Information;**
>
> **$5,000 in United States currency tendered to federal agents on August 24, 2012, in Columbia, South Carolina;**
>
> **Real property located at 4901 Harbor Beach Blvd., #T-11, Brigantine, New Jersey; and**
>
> **The sum of $20,000, paid by official bank check, payable to the United States Marshal Service, tendered no later than August 1, 2014.**

Frank D. Whitney
Chief United States District Judge